# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

———————————————

KENNITH HUBERT SMYKOWSKI,

Appellant,

v.

ALICIA RENEE SMYKOWSKI,
n/k/a ALICIA RENEE MONROE,

Appellee.

No. 2D23-788

———————————————

April 3, 2024

Appeal from the Circuit Court for Hillsborough County; James S. Moody, III, Judge.

Allison M. Perry of Florida Appeals, P.A., Tampa; Suzane L. Woollums of Gurley Law, P.A., Dunedin, and Heather L. Gurley of Gurley Law, P.A., Palm Harbor, for Appellant.

Sterling R. Lovelady of NLG, Tampa, for Appellee.

PER CURIAM.

Affirmed.

MORRIS, BLACK, and ROTHSTEIN-YOUAKIM, JJ., Concur.

———————————————

Opinion subject to revision prior to official publication.